**Order entered February 10, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00248-CR

**WALTER LEE JACOBS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F17-76682-L**

### ORDER

The State's second motion for extension of time to file its brief is **GRANTED**, and we **ORDER** the State's brief received with the motion filed as of the date of this order.

/s/     ERIN A. NOWELL
        JUSTICE